AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CHARLES WALTER WEBER,

        Petitioner,

        v.

STEPHEN SINCLAIR,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-5087-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent with prejudice pursuant to the Order Denying Petition Under 28 U.S.C. § 2254 For Writ of Habeas Corpus entered on April 30, 2010, Ct. Rec. 19.

April 30, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas